

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00145-CV

**IN THE INTEREST OF J.P.** and J.E.B.

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00980
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination is REVERSED and the cause REMANDED to the trial court for further proceedings.

SIGNED July 29, 2015.

Sandee Bryan Marion, Chief Justice